# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-0509
LT Case No. 27-2023-CA-1426

_____

DONALD SIMPSON,

    Appellant,

    v.

31070 CORTEZ BLVD.
ASSOCIATES, LLC, and WINN-
DIXIE STORES LEASING, LLC,

    Appellees.

_____


On appeal from the Circuit Court for Hernando County.
Donald E. Scaglione, Judge.

Brian J. Lee and Ryan A. Carlson, of Morgan & Morgan,
Jacksonville, for Appellant.

Jack R. Reiter and Robert C. Weill, of GrayRobinson, P.A.,
Miami, for Appellee, 31070 Cortez Blvd. Associates, LLC.

Sanford R. Topkin, of Topkin Law, P.L., Deerfield Beach, for
Appellee, Winn-Dixie Stores Leasing, LLC.

June 11, 2026

PER CURIAM.

    AFFIRMED.

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____